HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHARON K. PHILPOTT, an individual<br><br>Plaintiff,<br><br>v.<br><br>ERNST & YOUNG LLP, a Delaware limited liability partnership, ERNST & YOUNG U.S. LLP, a Delaware limited liability partnership, and THE ERNST & YOUNG U.S., LLP MEMBERS' TOP HAT PLAN,<br><br>Defendants. | CIVIL ACTION NO. 2:10-CV-00264-RAJ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>NOTED FOR: September 30, 2013 |

On December 28, 2010, the Court stayed this matter pending arbitration. (Dkt. #40). The arbitration hearing was held on March 18-19, 2013. On September 4, 2013, the Arbitration Panel issued a Final Award, which has been satisfied. The parties therefore request that this Court dismiss this action with prejudice.

Stipulated and Agreed to this 30th day of September, 2013.

HUI-162907v1

STIPULATION OF DISMISSAL              1
2:10-cv-00264-RAJ

**JONES DAY**
717 TEXAS, SUITE 3300
HOUSTON, TX 77002
PHONE: (832) 239-3939
FAX: (832) 239-3600

| | |
|---|---|
| /s/ Mathew Harrington | /s/ Katie J. Colopy |
| Mathew Harrington, WSBA #33276 | Katie J. Colopy (pro hac vice) |
| STOKES LAWRENCE, P.S. | JONES DAY |
| MLH@stokeslaw.com | kjcolopy@jonesday.com |
| 1420 Fifth Avenue, Suite 3000 | 717 Texas Street, Suite 3300 |
| Seattle, WA 98101-2393 | Houston, TX 77002 |
| Telephone: (206) 626-6000 | Telephone: (832) 239-3939 |
| Facsimile: (206) 464-1496 | Facsimile: (832) 239-3600 |
| and | and |
| Richard E. Spoonemore, WSBA #21833 | Michael W. Droke, P.C., WSBA #25972 |
| SIRIANNI YOUTZ SPOONEMORE HAMBURGER | DORSEY & WHITNEY LLP |
| rspoonemore@sylaw.com | droke.michael@dorsey.com |
| 999 Third Avenue, Suite 3650 | Columbia Center |
| Seattle, WA 98104 | 701 Fifth Avenue, Suite 6100 |
| Telephone: (206) 223-0303 | Seattle, WA 98104-7043 |
| Facsimile: (206) 223-0246 | Telephone: (206) 903-8709 |
| | Facsimile: (206) 260-9093 |
| Attorneys for Plaintiff Sharon K. Philpott | Attorneys for Defendants Ernst & Young LLP, Ernst & Young U.S. LLP, and The Ernst & Young U.S. LLP Members' Top Hat Plan |

HUI-162907v1

STIPULATION OF DISMISSAL  2
2:10-cv-00264-RAJ

**JONES DAY**
717 TEXAS, SUITE 3300
HOUSTON, TX 77002
PHONE: (832) 239-3939
FAX: (832) 239-3600

# CERTIFICATE OF SERVICE

On this 30th day of September 2013, I caused to be served a true copy of the foregoing on the following:

| | |
|---|---|
| Carolyn Cairns<br>Mathew L. Harrington<br>Stokes Lawrence, P.S.<br>1420 Fifth Ave., Ste. 3000<br>Seattle, WA 98101-2393 | ☐ Via Messenger<br>☒ Via ECF Notification<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Overnight Mail |
| Richard E. Spoonemore<br>Sirianni Youtz<br>Spoonemore Hamburger<br>999 Third Avenue, Suite 3650<br>Seattle, WA 98104 | ☐ Via Messenger<br>☒ Via ECF Notification<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Overnight Mail |

　　　　　/s/ Katie J. Colopy
**Katie J. Colopy**

STIPULATION OF DISMISSAL　　　3
2:10-cv-00264-RAJ